# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**649**
**TP 16-02045**
PRESENT: SMITH, J.P., PERADOTTO, DEJOSEPH, NEMOYER, AND CURRAN, JJ.

---

IN THE MATTER OF LEONIDAS SIERRA, PETITIONER,

V                                                               ORDER

DONALD E. VENETTOZZI, DIRECTOR, INMATE
DISCIPLINE, NEW YORK STATE DEPARTMENT OF
CORRECTIONS AND COMMUNITY SUPERVISION,
RESPONDENT.

---

LEONIDAS SIERRA, PETITIONER PRO SE.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (MARCUS J. MASTRACCO OF
COUNSEL), FOR RESPONDENT.

---

Proceeding pursuant to CPLR article 78 (transferred to the
Appellate Division of the Supreme Court in the Fourth Judicial
Department by order of the Supreme Court, Cayuga County [Mark H.
Fandrich, A.J.], entered November 2, 2016) to review a determination
of respondent.  The determination found after a tier III hearing that
petitioner had violated an inmate rule.

It is hereby ORDERED that the determination is unanimously
confirmed without costs and the petition is dismissed.

Entered:  April 28, 2017                          Frances E. Cafarell
                                                  Clerk of the Court